IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCEWEN, et al, ) <br> ) <br> Defendants ) <br> _____ ) | No. C 10-2232 JSW (PR) <br><br> **ORDER OF DISMISSAL** <br><br> (Docket No. 2) |

On May 24, 2010, Plaintiff filed a *pro se* matter in this Court which the Clerk construed as a civil rights complaint. On that same day, Plaintiff was notified that failure to file a complaint within thirty days would result in a dismissal of the case. Plaintiff was sent a blank prisoner civil rights complaint form with the notice. There was also a document entitled "extension of time" which is incomprehensible to this Court, but does not request any specific relief extending the time to file a complaint.

More than thirty days have passed since that date and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file, terminate Court docket number 2, and enter

1  judgment in this matter.

2      IT IS SO ORDERED.

3  DATED: October 12, 2010

4

5                                JEFFREY S. WHITE
                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

HILTON LAWRENCE BROWN,

        Plaintiff,

  v.

WARDEN MCEWEN et al,

        Defendant.

                                            /

Case Number: CV10-02232 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hilton Lawrence Brown
7018 Blair Road
P.O. Box 5001
B-51265
Calipatria, CA 92233

Dated: October 12, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk